IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LUCILENE FELIPE DOS SANTOS<br>also known as Lucilene Felipe Santos<br>Lopes, et al.,<br><br>   Defendants. | CRIMINAL FILE NO.<br>1:05-CR-613-all-TWT |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 91] of the Magistrate Judge recommending denying the Motions to Dismiss for Unconstitutional Vagueness [Doc. 50 & 52] and denying the Motion to Suppress [Doc. 56]. After careful consideration, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motions to Dismiss for Unconstitutional Vagueness [Doc. 50 & 52] and the Motion to Suppress [Doc. 56] are DENIED.

SO ORDERED, this 25 day of July, 2006.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge